1  CARLOS JIMENEZ, Bar No. 227534
   cajimenez@littler.com
2  JESSICA S. KANG, Bar No. 273221
   jkang@littler.com
3  LITTLER MENDELSON, P.C.
   633 West 5th Street
4  63rd Floor
   Los Angeles, CA  90071
5  Telephone:  213.443.4300
   Facsimile:   213.443.4299
6
   Attorneys for Defendants
7  THE GEO GROUP, INC. dba GEO CALIFORNIA,
   INC. and GEO CORRECTIONS AND
8  DETENTION, LLC

9
                    UNITED STATES DISTRICT COURT
10
                    EASTERN DISTRICT OF CALIFORNIA
11

12 | JOSEPHINE HERNANDEZ,                                | Case No.  1:15 cv 01813 - JLT
13 |              Plaintiff,                              | *ASSIGNED FOR ALL PURPOSE TO HON. JENNIFER L. THURSTON*
14 |    v.                                                | **STIPULATION OF THE PARTIES TO ALLOW DEFENDANTS TO CONDUCT A DEFENSE MENTAL EXAMINATION OF PLAINTIFF AND [PROPOSED] ORDER**
15 | THE GEO GROUP, INC. dba GEO CALIFORNIA, INC., a Florida corporation; GEO CORRECTIONS AND DETENTION, LLC, a Florida limited liability company; and DOES 1 through 20, inclusive,
18 |              Defendants.                             | **(Doc. 24)**

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA
90071
213.443.4300

Plaintiff JOSEPHINE HERNANDEZ ("Plaintiff"), by and through her counsel of record, and Defendants THE GEO GROUP, INC. dba GEO CALIFORNIA, INC. and GEO CORRECTIONS AND DETENTION, LLC ("Defendants") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, on October 28, 2015, Plaintiff filed a Complaint in the above-captioned matter, in the Superior Court of California, County of Kern, State Case No. BCV-15-101338;

WHEREAS, on December 3, 2015, Defendants removed this matter to the United States District Court for the Eastern District of California , Case No. 1:15 cv 01813 – JLT;

WHEREAS, Plaintiff alleges various claims against Defendants, including claims for intentional infliction of emotional distress and negligent infliction of emotional distress, thereby putting her mental and emotional health directly at issue;

WHEREAS, the Parties have agreed that Defendant may conduct a Defense Mental Examination of Plaintiff (the "DME") pursuant to Rule 35 of the Federal Rules of Civil Procedure; and,

WHEREAS, Defendants have retained JAMES ROSENBERG, M.D. ("Dr. Rosenberg") for purposes of performing a DME;

THEREFORE, it is hereby stipulated and agreed that Plaintiff will submit to a mental examination, to be conducted by Dr. Rosenberg on January 9, 2016 at 11:00 a.m.  The parties agree that the time for an examination varies from examinee to examinee, and that the time set forth herein is only an estimate of the time needed to complete the examination. The examination will take place at the Bakersfield Marriott at the Convention Center, 801 Truxtun Avenue, Bakersfield, California 93301 beginning at 11:00 a.m., to evaluate the nature and extent of Plaintiff's mental health,

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA
90071
213.443.4300

2.

anguish and emotional distress as it relates to the claims set forth in her Complaint.

IT IS FURTHER STIPULATED that the time, place, manner, conditions, and scope of the examination are to be as follows:

The mental examination will be performed by James Rosenberg, M.D. Dr. Rosenberg is a physician licensed to practice medicine in the State of California. He is board-certified in psychiatry with added qualifications in forensic psychiatry by the American Board of Psychiatry & Neurology, Inc. In addition to providing psychiatric evaluations and treatment in a patient care setting, he has conducted over 1,000 forensic examinations.

Dr. Rosenberg will conduct a psychiatric examination of Plaintiff to assist Defendants and the trier of fact in understanding the origin, nature, and alleged severity of Plaintiff's alleged mental health injuries which Plaintiff alleges arose out of her employment and termination of her employment with Defendants, and in turn, prognosis and future treatment needs, if applicable.

The examination will require a face-to-face interview and mental status examination, and will span approximately six to seven hours, excluding breaks. It will consist of a detailed interview, mental status examination, and appropriate, generally accepted standardized psychological testing and screening cognitive assessment. The testing may include, depending upon time constraints and other factors, the MMPI-2-RF, PAI, TSI-2 and MMSE-2. The psychiatric interview will cover a variety of relevant topics, including only pertinent background information; the reported circumstances of onset of the alleged emotional injury or injuries; and how those symptoms have unfolded over time to the present, including any other assessments, treatment, or functional impairment.

Pertinent areas of inquiry with regard to Plaintiff's background include developmental history, education, employment, social and marital history, legal history (such as disability claims, if any), general medical history, prior psychiatric history, substance use, and family history. Dr. Rosenberg may request from Plaintiff a

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA
90071
213.443.4300

3.

detailed account of the onset and course of her emotional problems related to the alleged conduct of the Defendants, culminating in a review of current psychiatric and physical complaints.

The examination will not involve any physical examination, or entail any blood tests or other intrusive medical studies or procedures.

Dr. Rosenberg will voice-record the examination, either digitally or via audio tape.  Dr. Rosenberg will timely provide a copy of the audio tape to Plaintiff's counsel pursuant to FRCP 35.  This audio tape is for the purposes of Dr. Rosenberg in making his assessment and drafting any report. The Plaintiff may also voice-record the examination, but no one other than Plaintiff and Dr. Rosenberg may be present in the room during the evaluation. The audio-recorders must be "off" during the psychological testing to protect the test questions from dissemination into the public domain.

The mental examination will not be unnecessarily painful, protracted, or intrusive.  Plaintiff will not be required to disrobe.

Plaintiff is not to be questioned concerning her conversations with her counsel, or any other person affiliated with her counsel or her counsel's office and Plaintiff has the right to refuse to answer a question if doing so would divulge attorney-client communications.

The Parties agree that the results of the psychological testing in this matter will be kept confidential and only used for purposes of the litigation

Plaintiff shall bring with her any glasses or hearing aids that she will need for the oral interview and written testing.

Defendants shall transmit a copy of this Stipulation to Dr. Rosenberg.  By proceeding with the examination, Dr. Rosenberg shall be deemed to have consented to the terms of this Stipulation, and he agrees to abide by its terms.

**IT IS FURTHER STIPULATED** Dr. Rosenberg's cancellation policy requires notification of cancellation at least 24 hours in advance of the time scheduled

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA
90071
213.443.4300

4.

for the DME. Should Plaintiff cancel the DME with less than 48 hours-notice or fail to appear for her scheduled examination and fail to comply with this policy, she shall be responsible for reimbursing Dr. Rosenberg in the amount of $1,700.00.  Also, should Plaintiff fail to appear or cancel her appointment with Dr. Rosenberg, Plaintiff shall diligently work with Defendants in order to reschedule the examination at the next mutually available date that both Plaintiff and Dr. Rosenberg have available, and prior to the discovery cut-off deadline in this matter.   Neither party will be responsible for any costs incurred by the other party as a result of any cancellation made less than 48-hours before the DME, which is caused by an emergency, such as illness, injury or other similar circumstance that prohibits the DME from proceeding.

**IT IS FURTHER STIPULATED** that the exchange or delivery of reports based on this examination shall be in compliance with the provisions of Federal Rule of Civil Procedure 35 and in accordance with the Code Dr. Rosenberg will comply with timely providing Plaintiff's counsel with a copy of any and all reports. This agreement, however, is not intended to be construed to preclude the disclosure of such reports pursuant to other provisions of the Federal Rules of Civil Procedure.

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA
90071
213.443.4300

5.

**IT IS FURTHER STIPULATED** that good cause exists for this examination because Plaintiff has placed her mental condition in controversy in this case.

Dated: December 15, 2016

*/s/ Carlos Jimenez*
CARLOS JIMENEZ
JESSICA S. KANG
LITTLER MENDELSON, P.C.
Attorneys for Defendants
THE GEO GROUP, INC. DBA GEO CALIFORNIA, INC. AND
GEO CORRECTIONS AND DETENTION, LLC

Dated: December 15, 2016

*/s/ Allyson Thompson*
ALLYSON K. THOMPSON
ALIS M. MOON
KRING & CHUNG, LLP
Attorneys for Plaintiff
JOSEPHINE HERNANDEZ

IT IS SO ORDERED.

Dated: **December 19, 2016**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA
90071
213.443.4300

6.