UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE HERNANDEZ,<br><br>       Plaintiff,<br><br>   v.<br><br>THE GEO GROUP, INC., et al.,<br><br>       Defendants. | Case No.  1:15 cv 01813 - JLT<br><br>ORDER TO ATTORNEY ALIS MOON TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR HER PRACTING IN THIS COURT WITHOUT FIRST SEEKING MEMBERSHIP |

   On December 7, 2015, soon after this matter was filed, the Clerk of the Court directed attorney Alis Moon to seek membership in Court.  (Doc. 7)  Nevertheless, Ms. Moon disregarded this instruction and has, apparently, continued to practice in this Court with impunity. Therefore, the Court **ORDERS**:

   1.   **No later than December 29, 2016**, attorney Alis Moon **SHALL** show cause in writing why she should not be sanctioned for failing to seek admission to this Court;

   2.   During this same time period, Alis Moon **SHALL** seek membership in this Court or in her response to this order, request the Court remove her from the docket as the attorney of record.

IT IS SO ORDERED.

   Dated:   **December 22, 2016**              **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA
90071
213.443.4300

2.