UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE HERNANDEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>THE GEO GROUP, INC., et al.,<br><br>    Defendants. | Case No.  1:15 cv 01813 - JLT<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE TO ATTORNEY ALIS MOON |

On December 7, 2015, soon after this matter was filed, the Clerk of the Court directed attorney Alis Moon to seek membership in this Court.  (Doc. 7)  Ms. Moon and Ms. Thompson, to whom similar direction was provided, report that they did not receive these communications (Doc. 29 at 2; Doc. 30 at 2).[1]

Ms. Moon and Ms. Thompson explain further that Ms. Moon has had little involvement in this case and neither realized that she was identified as an attorney of record in this case (Doc. 29 at 2; Doc. 30 at 2) Nevertheless, Ms. Moon has been listed on the caption in this case since the very first pleading filed by the plaintiff in this court and, of course, she was listed on the caption when the action was filed originally in state court.  (Doc 1-2 at 3; Doc. 15) Moreover, every order issued by

---

[1] Both report not having received an email with this information.  However, because neither was a member of the Court at the time, the notices were sent via first class mail rather than by email. (Doc. 7)  Notably, Ms. Thompson became a member a few weeks later on January 6, 2016.

this Court has been served by mail to Ms. Moon *because* she is not a member and has not consented to service by mail. (Docs. 13, 14, 16, 17, 19, 22, 23, 27) Thus, there was sufficient reason to know that Ms. Moon is an attorney of record in this case.

Finally, of course, an attorney *must* become a member of every District Court in which she practices—even if she intends to have little involvement in the case. Membership in the State Bar or in a particular District does not provide entrée into any other District nor, for that matter, into the associated courts of appeals. Nevertheless, such a mistake is easily made and Ms. Moon has acted diligently in attempting to gather the necessary documents to obtain membership. The Court is confident she will submit her membership application shortly. Therefore, the Court **ORDERS**:

1. The order to show cause is **DISCHARGED**.

IT IS SO ORDERED.

Dated: **December 29, 2016**            /s/ Jennifer L. Thurston
                                  UNITED STATES MAGISTRATE JUDGE

2.