UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE GEO GROUP, INC., et al.,<br><br>　　　　Defendants. | Case No.  1:15-cv-01813  JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 32) |

　　　On March 3, 2017, the plaintiff notified the Court that the matter in its entirety has been settled.  (Doc. 32)  Therefore, the Court **ORDERS**:

　　　1.　　The stipulation to dismiss the action **SHALL** be filed **no later than April 3, 2017**;

　　　2.　　All pending dates, conferences and hearings are **VACATED**.

　　　The parties are advised that failure to comply with this order may result in the imposition of sanctions, including the dismissal of the action.

IT IS SO ORDERED.

　　　Dated:　**March 3, 2017**　　　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE